# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 1154

VERSUS

MICHAEL D. TURNER                            **DECEMBER 22, 2022**

---

In Re:    Michael D. Turner, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-93-0388.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.**    The trial court is ordered to act on relator's application for postconviction relief, filed on October 1, 2021, on or before February 6, 2023, and to provide this court with a copy of its ruling by February 13, 2023.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT